**UNITED STATES COURT OF INTERNATIONAL TRADE**

**Before: The Honorable Jennifer Choe-Groves, Judge**

| | |
|---|---|
| SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) ) |
| Defendant, | ) ) |
| and | ) ) |
| WHEATLAND TUBE COMPANY, | ) ) ) |
| Defendant-Intervenor. | ) ) |

Court No. 18-00214

**PLAINTIFF'S COMMENTS IN SUPPORT OF REMAND REDETERMINATION RESULTS**

Pursuant to the Court's February 2, 2021 order, ECF No. 82, and the Department of Commerce's ("Commerce") remand results, ECF No. 83, we submit these comments in support of the second remand results on behalf of Plaintiff, Saha Thai Steel Pipe Public Company Limited ("Saha Thai"). The Court's opinion in slip op. 20-181 directed Commerce to "remove the cost-based particular market situation determinations and recalculate the relevant margins without a particular market situation adjustment." *Saha Thai Steel Pipe Public Company Limited v. United States*, Consol. Court No. 18-214, Slip Op. 20-181 (CIT Dec. 21, 2020), ECF No. 74.

In Commerce's remand it stated that it had recalculated Saha Thai's "weighted-average dumping margins without finding that all of the home market sales for each respondent are outside of the ordinary court of trade and without making an adjustment to constructed value." Second Remand Results at 6, ECF No. 83. As a result, it is Plaintiff's position that Commerce's remand redetermination complies with the Court's order and should be sustained.

        Respectfully submitted,

        /s/ Daniel L. Porter

        Daniel L. Porter
        **Curtis, Mallet-Prevost, Colt & Mosle, LLP**
        1717 Pennsylvania Ave., NW
        Washington, DC 20006
        (202) 452-7340
        dporter@curtis.com