# United States Court of Appeals
# for the Federal Circuit

_____

**SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED, THAI PREMIUM PIPE COMPANY LTD.,**

*Plaintiffs-Appellees*

**PACIFIC PIPE PUBLIC COMPANY LIMITED,**

*Plaintiff*

v.

**UNITED STATES,**

*Defendant*

**WHEATLAND TUBE COMPANY,**

*Defendant-Appellant*

_____

2022-1175

_____

Appeal from the United States Court of International Trade in Nos. 1:18-cv-00214-JCG, 1:18-cv-00219-JCG, 1:18-cv-00231-JCG, Judge Jennifer Choe-Groves.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered December 4, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

*Jarrett B. Perlow*
Clerk of Court

January 10, 2024
Date